In the Matter of the Claim of PHILIP SORTINO, Respondent, against MERCHANTS' DESPATCH, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 7, 1935; decided October 15, 1935.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to provide as follows: " Order affirmed, with one bill of costs to respondents." (See 268 N. Y. 508.)

MANUFACTURERS TRUST COMPANY, Appellant, v. RICHARD E. WELDON, Respondent.

(Submitted October 7, 1935; decided October 15, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 488.)

In the Matter of the Accounting of JULIUS LEHRENKRAUSS et al., as Executors of WILHELMINE DORING, Deceased.

FRIEDA H. LEIDING et al., Appellants; JULIUS LEHRENKRAUSS et al., as Executors, et al., Respondents.

(Submitted October 14, 1935; decided October 15, 1935.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 522.)